UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Gerald Schmidt
                              Plaintiff,

v.                                                  Case No.: 1:09−cv−02752
                                                    Honorable Ruben Castillo

Smith & Wolensky LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 22, 2009:

     MINUTE entry before the Honorable Ruben Castillo:Conference held in chambers on 7/22/2009. The Court easily concludes a settlement conference would be premature. Both sides should proceed with class and liability discovery. All class discovery must be completed by 11/16/2009. The Court will hold a status hearing in open court on 9/8/2009 at 9:30 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.